## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| YANKEE SPRINGS MEADOW FSPE LLC, a Delaware Limited Liability Company | FILED: MAY 30, 2008 |
| | 08CV3139 |
| v. | |
| MOBILE HOME PARK SERVICES, INC., a Georgia Corporation, et al. | JUDGE DARRAH |
| | MAGISTRATE JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

YANKEE SPRINGS MEADOW FSPE LLC, a Delaware Limited Liability Company

| | |
|---|---|
| NAME (Type or print) <br> Mitchell Bryan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ | |
| FIRM <br> LEVENFELD PEARLSTEIN, LLC | |
| STREET ADDRESS <br> 2 N. LaSalle Street, Suite 1300 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> ARDC# 6183011 | TELEPHONE NUMBER <br> (312) 346-8380 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |