## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| YANKEE SPRINGS MEADOW FSPE LLC, a Delaware Limited Liability Company<br>v.<br>MOBILE HOME PARK SERVICES, INC., a Georgia Corporation, et al. | FILED: MAY 30, 2008<br>08CV3139<br>JUDGE DARRAH<br>MAGISTRATE JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

YANKEE SPRINGS MEADOW FSPE LLC, a Delaware Limited Liability Company

| | |
|---|---|
| NAME (Type or print)<br>Adam B. Rome | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Adam B. Rome | |
| FIRM<br>LEVENFELD PEARLSTEIN, LLC | |
| STREET ADDRESS<br>2 N. LaSalle Street, Suite 1300 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>ARDC# 6278341 | TELEPHONE NUMBER<br>(312) 346-8380 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |