UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YANKEE SPRINGS MEADOW FSPE, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>MOBILE HOME PARK SERVICES INC., a Georgia corporation; PATRICK McKEE, a citizen of Georgia; and WILLIAM S. DALTON, a citizen of Oklahoma<br>Defendants. | FILED: MAY 30, 2008<br>08CV3139<br>JUDGE DARRAH<br>MAGISTRATE JUDGE COLE |

## RULE 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure Rule 7.1 and Rule 3.2 of the Local Rules of the Northern District of Illinois, Plaintiff respectfully states that its sole member is Yankee Springs, L.L.C., a Michigan Limited Liability Company.

Respectfully submitted,

YANKEE SPRINGS MEADOW FSPE, LLC


By: /s/ Mitchell Bryan
      One of Its Attorneys


Mitchell Bryan (ARDC # 6183011)
Adam B. Rome (ARDC #6278341)
LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St., Ste 1300
Chicago, Illinois 60602
Telephone: (312) 346-8380
Facsimile: (312) 346-8434

LP 1653796.1 \ 33186-75542