

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YANKEE SPRINGS MEADOW FSPE LLC,<br>a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>MOBILE HOME PARK SERVICES, INC.<br>a Georgia corporation; PATRICK McKEE,<br>a citizen of Georgia; and WILLIAM S.<br>DALTON, a citizen of Oklahoma,<br><br>Defendant. | No. 08CV3139<br><br>FILED<br>Jun 16, 2008<br>JUN 16 2008   YM<br><br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

## ENTRY OF APPEARANCE

COMES NOW Karen M. Earley of MEACHAM, EARLEY, FOWLER & ANDRESS and enters her appearance as counsel on behalf of Mobile Home Park Services, Inc., Patrick McKee and William S. Dalton, Defendants, in the above captioned matter.

Respectfully submitted this 13th day of June, 2008.

MEACHAM, EARLEY, FOWLER & ANDRESS

_____
Karen M. Earley
Counsel for Defendants
IL Bar No: 6183715

P. O. Box 9031
Columbus, GA 31908-9031
(706) 576-4064

## CERTIFICATE OF SERVICE

I do certify that I have on this day served a copy of the above and foregoing Entry of Appearance upon the person(s) named below by mailing a copy of the same through the United States Mail with adequate postage attached thereto to insure proper delivery, addressed as follows:

Mitchell Bryan
Adam B. Rome
LEVENFELD PEARLSTEIN, LLC
2 North LaSalle Street, Suite 1300
Chicago, IL 60602

This 13th day of June, 2008.

MEACHAM, EARLEY, FOWLER & ANDRESS

_____
Karen M. Earley
Counsel for Defendants
IL Bar No: 6183715

P. O. Box 9031
Columbus, GA 31908-9031
(706) 576-4064